1          UNITED STATES DISTRICT JUDGE RICHARD A. JONES

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9  JONI HOWARD,                          )
                                         )   CASE NO. 2:13-cv-00916-RAJ
10                 Plaintiff,            )
                                         )
11          v.                           )   ORDER FOR EAJA FEES AND EXPENSES
                                         )
12  CAROLYN W. COLVIN,                   )
                                         )
13  Acting Commissioner of Social Security,  )
                                         )
14                 Defendant.           )

15

16         Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the

17  total amount of $4507.18 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall

18  be awarded to Plaintiff.   *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

19         If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and

20  expenses are not subject to any offset allowed under the Department of the Treasury's Offset

21  Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's

22  attorney, Amy Gilbrough.

23

24

25

ORDER FOR EAJA FEES AND EXPENSES [No. 2:13-
cv-00916-RAJ] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

1   Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be

2   mailed to Ms. Gilbrough at the following address:  1904 Third Ave., Suite 1030, Seattle,

3   Washington 98101.

4   Dated this 15th day of April, 2014.

5

6

7

8   The Honorable Richard A. Jones
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES AND EXPENSES [No. 2:13-
cv-00916-RAJ] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900